

Marissa M. Henderson
757.625.1192
mhenderson@ventkerlaw.com

May 6, 2014

**Via Hand Delivery**
Fernando Galindo, Clerk
United States District Court
For the Eastern District of Virginia
U. S. Courthouse
600 Granby Street
Norfolk, VA 23510

      Re:   *Lynnhaven Fishing Co., LLC v. M/V ORNAK, IMO No. 9452610, her engines, boilers, tackle, equipment, appurtenances, and cargo, in re,*

Dear Mr. Galindo:

    Enclosed for entry please find the original plus one (1) copies of the following documents:

1. Civil Action Cover Sheet and Complaint in the above styled matter;
2. Summons for service upon M/V ORNAK, IMO No. 9452610;
3. Our firm's check, in the amount of $400.00;
4. Financial Interest Disclosure Statement; and
5. Notice of Filing.

    Please call the undersigned once the Summons has been issued. Should you have any questions, please feel free to contact our office.

                            Very truly yours,

                            VENTKER & WARMAN, PLLC

                By:  */s/ MM Henderson/*

                            Marissa M. Henderson, Esquire

MMH/bas
Enc.

101 West Main Street, Suite 810, Norfolk, VA 23510-1687 • Phone (757) 625-1192 • Fax (757) 625-1475
www.ventkerlaw.com