UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division – In Admiralty



LYNNHAVEN FISHING CO., LLC

        Plaintiff,

v.

M/V ORNAK, IMO No. 9452610,
her engines, boilers, tackle, equipment,
appurtenances, and cargo, *in rem*,

        Defendant.

Civil Action No. 2:14cv206

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable judges and magistrates judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, Lynnhaven Fishing Co., LLC, in the above-captioned matter, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of the said party that have issued shares or debt securities to the public or own more than ten percent of the following.

Dated: May 6, 2014

LYNNHAVEN FISHING CO., LLC

By: _____
        Of Counsel

David N. Ventker, Esq. (VSB No. 29983)
Marissa M. Henderson, Esq. (VSB No. 44156)
Ventker & Warman, PLLC
101 West Main Street, Suite 810
Norfolk, Virginia 23510
Telephone:   (757) 625-1192
Facsimile:    (757) 625-1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Plaintiff*

1