UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty



FILED
MAY - 6 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

LYNNHAVEN FISHING CO., LLC

    Plaintiff,

v.

M/V ORNAK, IMO No. 9452610,
her engines, boilers, tackle, equipment,
appurtenances, and cargo, *in rem*,

    Defendant.

Civil Action No. 2:14cv206

### NOTICE OF FILING

Plaintiff, Lynnhaven Fishing Company, LLC., by and through its counsel, hereby gives Notice of Filing Defendant's Letter of Undertaking, which shall become the party in place of the Defendant M/V ORNAK and shall be deemed the subject referred to when a pleading, motion, order, or judgment in the action refers to the M/V ORNAK, pursuant to Local Admiralty Rule (c)(1). The Letter of Undertaking is attached hereto as Exhibit A.

LYNNHAVEN FISHING CO., LLC

By: _____
    Of Counsel

David N. Ventker, Esq. (VSB No. 29983)
Marissa M. Henderson, Esq. (VSB No. 44156)
Ventker & Warman, PLLC
101 West Main Street, Suite 810
Norfolk, Virginia 23510
Telephone: (757) 625-1192
Facsimile: (757) 625-1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Plaintiff*